# United States District Court
### District of Arizona

**SEALED**

## WARRANT FOR ARREST

United States of America
v.
Joel Frank Upshaw

FILED
FEB 0 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06- 049M-01

CASE NUMBER: CR 06-51-PCT-SMM

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest _____ JOEL FRANK UPSHAW _____

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court

☐ Violation Notice  ☐ Petition for Probation Violation

☐ Petition for Violation of Pretrial Conditions  ☐ Petition for Violation of Supervised

charging him or her with (brief description of offense)
Possession With Intent to Distribute Methamphetamine, a Controlled Substance

In violation of 21 USC Sec 841(a)(1); (b)(1)(B)(viii)

| | |
|---|---|
| RICHARD H. WEARE<br>Name of Issuing Officer | CLERK OF COURT/DCE<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | 1/19/06, Phoenix, Arizona<br>Date and Location |

Shelly Butout
(By) Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest<br>2-7-06 | DUSM Burke, Buckler | [signature] |