FILED
RECEIVED

JAN 19 2006

CLERK U S DISTRICT
DISTRICT OF ARIZONA
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Joel Frank Upshaw,<br><br>　　　　Defendant. | CR06-0051 PCT<br><br>**INDICTMENT**<br><br>VIO: 21 U.S.C. § 841(a)(1);<br>(b)(1)(B)(viii)<br>(Possession With Intent to Distribute Methamphetamine, a Controlled Substance) |

THE GRAND JURY CHARGES:

On and or about February 3, 2005, in the District of Arizona, defendant, JOEL FRANK UPSHAW, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1); (b)(1)(B)(viii).

A TRUE BILL

/s/ Marsha Modell
FOREPERSON OF THE GRAND JURY
Date: January 19, 2006

PAUL K. CHARLTON
United States Attorney
District of Arizona

/s/ Kimberly M. Hare
KIMBERLY M. HARE
Assistant U.S. Attorney

I hereby attest and certify on 1-19-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy