**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 2/21/06

Nancy Mayer-Whittington
Clerk of the Court

```
         FILED     ___ LODGED
  X   RECEIVED     ___ COPY

       MAR - 7 2006

  CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
  BY_____ DEPUTY
```

Address of Other Court: U.S.D.C.
1400 United States Courthouse
230 North First Ave.
Phoenix, AZ 85025-0093

```
       FILED
    MAR 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
    U.S. DISTRICT COURT
```

RE: CR 06 mg 49 Joel Upshaw

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

- ✓ Docket Sheet
- ✓ ~~Complaint~~ Warrant/Indictment
- ☐ Minute Order Appointing Counsel
- ☐ Corporate Surety Bond
- ☐ Personal Surety Bond
- ✓ Other- Blotter dated 2/15/06, amended blotter dated 2/13/06, Blotter dated 2/7/06
- ☐ Warrant of Removal
- ☐ Order of Removal
- ☐ Detention Order
- ✓ Waiver of Removal

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court
By: _____
Deputy Clerk